IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

WILLIAM TATE )
)
v. ) NO. 3:09-0201
) JUDGE CAMPBELL
HARTSVILLE/TROUSDALE COUNTY )

ORDER

Pending before the Court is Plaintiff's Motion for Class Certification (Docket No. 23). The Court heard argument on Plaintiff's Motion on November 19, 2009. For the reasons stated in the accompanying Memorandum, Plaintiff's Motion for Class Certification (Docket No. 23) is GRANTED.

In compliance with Fed. R. Civ. P. 23(c)(1), the Court certifies a class of those persons who, since March 3, 2008, have been, are, or will be presented to a Hartsville/Trousdale County judicial commissioner for the setting of bail.[1] The class issue to be determined is whether there is a practice, pattern or policy within Hartsville/Trousdale County of unconstitutionally and arbitrarily setting bail. In addition, the Court appoints Jerry Gonzalez as class counsel.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

---

[1] The future class members are included solely as to injunctive relief, not for purposes of any compensatory damages.