UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM TATE, Individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 3:09-cv-00201 |
| HARTSVILLE/TROUSDALE COUNTY, | ) ) ) |
| Defendant. | ) |

**DEFENDANT HARTSVILLE/TROUSDALE COUNTY, TENNESSEE'S MOTION TO STRIKE TABLE I-V**

The defendant, Hartsville/Trousdale County, Tennessee, has moved this Honorable Court, pursuant to Fed. R. Civ. P. 56, to enter Summary Judgment in its favor on all claims asserted against it. The plaintiff has filed a Response in Opposition to the defendant's Motion. As grounds for plaintiff's response, the plaintiff relies in part on four of the five tables compiled by Plaintiff's attorney. Defendant moves to strike all five tables as they are inaccurate representations and not properly admitted or admissible.

In support of this Motion, the defendant relies upon its Memorandum of Law, a copy of which is being filed contemporaneously herewith.

FB047797 /

Respectfully Submitted,

FARRAR & BATES, L.L.P.

*/s/ Mary Byrd Ferrara*
Mary Byrd Ferrara (BPR #000229)
Heather C. Stewart (BPR # 23914)
211 Seventh Avenue, North
Suite 500
Nashville, TN 37219
Phone: (615) 254-3060
*Attorneys for Hartsville/Trousdale County*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 20th day of September, 2010, a true and correct copy of the foregoing has been forwarded via U. S. Mail and Email to the following person:

Jerry Gonzalez
2441-Q Old Fort Parkway
Box 381
Murfreesboro, TN 37128
(615) 360-6060
*Attorney for Plaintiff*

*/s/ Mary Byrd Ferrara*
Mary Byrd Ferrara